1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                         CENTRAL DISTRICT OF CALIFORNIA

9

10   ROBIN BOYD,                        )     CASE NO. CV 14-4016 DOC (FFM)
                                        )
11                  Petitioner,         )
                                        )     JUDGMENT
12            v.                        )
                                        )
13   HEIDI M. LACKNER,                  )
                                        )
14                  Respondent.         )
     _____)
15

16         Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

17   United States Magistrate Judge,

18         IT IS ADJUDGED that the Petition is dismissed with prejudice.

19

20   DATED: March 23, 2015

21

22                                      _____

23                                           DAVID O. CARTER
                                          United States District Judge
24

25

26

27

28